Certificate Number: 20102-PAE-DE-036358233

Bankruptcy Case Number: 17-10952



20102-PAE-DE-036358233

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 27, 2022, at 9:05 o'clock AM EST, Margarita Collado completed a course on personal financial management given by internet by 1stopbk.com Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  February 27, 2022            By:   /s/Marcy Walter

                                    Name: Marcy Walter

                                    Title: Certified Personal Finance Counsleor